**Carlton W. REMBERT,**
**Plaintiff–Appellant,**

v.

**George W. NEAL, Interim Trustee; Debera F. Conlon, Assistant Trustee; American General Finance Company; Countrywide Home Loans, Defendants–Appellees.**

No. 02–1933.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 4, 2003.

Carlton W. Rembert, Appellant Pro Se. Joseph Ray Mayes, Wolcott, Rivers, Wheary, Basnight & Kelly, P.C., Virginia Beach, Virginia; Alex Harry Pincus, Portsmouth, Virginia; George Maralan Kelley, III, Office of the United States Attorney, Norfolk, Virginia; Cecelia Ann Weschler, Office of the United States Trustee, Norfolk, Virginia; Peter Stevenson Lake, John Andrew Basham, Heilig, McKenry, Fraim & Lollar, Norfolk, Virginia; Emmanuel Decena Voces, Samuel I. White, P.C., Virginia Beach, Virginia, for Appellees.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carlton W. Rembert appeals from the district court's order dismissing his action brought pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rembert v. Neal,* No. CA–02–264–2 (E.D.Va. July 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*